## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              Case No.: 4:22–mj–00052–JTR

**Trent Tyrone Smith**                                                                       **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Initial Appearance has been set in this case for March 14, 2022, at 11:00 AM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  March 11, 2022                                    AT THE DIRECTION OF THE COURT
                                                             TAMMY H. DOWNS, CLERK

                                                             **By:**  Suzy Flippen, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas