FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 14 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| United States of America | ) |
|---|---|
| v. | ) |
| Trent Tyrone Smith | )  Case No. 4:22-MJ-52-JTR |
| | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 3/14/22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Molly Sullivan
*Printed name and bar number of defendant's attorney*

1401 W. Capitol Ave., Suite 490
Little Rock, AR 72201

*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

_____
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*