FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 14 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                              CASE NO. 4:22-MJ-52-JTR

TRENT TYRONE SMITH                                                DEFENDANT

## ORDER OF DETENTION

Defendant, through counsel, waived his right to an immediate bond hearing but reserved the right to request one at a later date. Accordingly, this Order of Detention is entered without prejudice.

Defendant is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

SO ORDERED, this 14th of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE